BEFORE THE THIRD DIVISION, FEBRUARY 24, 1954

**No. 57878.**—Weil Ceramics & Glass, Inc. *v.* United States, protests 194667–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.